# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Malcolm Springs,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00575-MOC |
| | ) | 3:11cr193 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2017 Order.

Signed: May 23, 2017

Frank G. Johns, Clerk
United States District Court